UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LaFORGE, PLAINTIFF | * CIVIL ACTION NO. 07-523 |
| | * |
| | * |
| VS. | * SECTION "I" MAG. 4 |
| | * |
| ECC OPERATING SERVICES, INC. AND | * JUDGE LANCE M. AFRICK |
| ENVIRONMENTAL CHEMICAL | * |
| CORPORATION, | * MAGISTRATE KAREN WELLS ROBY |
| DEFENDANT | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WITNESS AND EXHIBIT LIST

NOW COMES, NEWPARK MATS AND INTEGRATED SERVICES, LLC (a Texas limited liability company domiciled in Texas), as successor in interest to Soloco TX, LLC, as successor by merger to Soloco, LLC (hereinafter referred to as "Soloco") through undersigned counsel, who submits herewith the following witness and exhibit list:

A. Witnesses

The following witnesses may be called by Soloco:

1. Corey Fontenot;

2. Jimmy Thomason;

3. Representative(s) of Newpark/Soloco;

4. Clarence R. Duplessis

5. Jesse Corry;

6. Mark Cyr and/or a representative of Coastwide;

7. Glenn Sweatt and/or other representatives of ECC/ECCOS;

8. Christopher Blankenfeld and/or other representatives of Envirocon;

9. Charles Marquette;

10. Christopher Rhodes;

11. John Benjamin Esnard, Jr.;

12. Douglas B. Robert;

12. Representatives of any other contractor involved with the Empire Site and/or the loading or unloading of plaintiff's vehicle;

13. A Representative of the U.S. Army Corps of Engineers;

14. A Representative of the Plaquemines Parish Government;

15. A Representative of Hard Rock Construction, LLC;

16. A Representative of La. Demolition, LLC;

17. A Representative of the State of Louisiana;

18. Dr. Robert Applebaum;

19. Dr. Larry Stokes,

20. Dr. Kenneth Boudreaux;

21. Any expert witness regarding accident reconstruction; trucking; trucks; landfill operations; and/or the Soloco mats to be identified;

22. Any witness needed to authenticate exhibits/documents and/or for impeachment purposes;

23. Any witness listed or called by any other party; and

24. Any witness identified during the course of discovery.

25. Newpark/Soloco reserves its right to supplement and amend this list of witnesses.

B. Exhibits – Defendant identifies the following documents which it may use in support of its case.

1. Any and all incident or accident reports and documents attached thereto, including the handwritten statements of witnesses;

2. Daily work records, time tickets, load tickets for the Empire Site;

3. Any and all contracts, contract documents, scope of work documents, task orders, change orders, in effect relating to work performed at the Empire Site, including construction of the site;

4. Any and all site management plans for the Empire Pit;

5. Any and all activity hazard analysis documents;

6. RFPs for the debris management for Plaquemines Parish/Hurricane Katrina clean up;

7. QC/Daily Reports and any and all routine reporting performed at the Empire Pit;

8. Any and all surveys, engineering reports, soil reports performed by Providence and/or any other entity regarding the Empire Site at any time;

9. Any and all documents produced by any party to this litigation in discovery and/or requested in discovery but not yet produced to date or requested in subsequent discovery;

10. Deposition transcripts and exhibits thereto, specifically all exhibits produced and attached as exhibits to the ECC/ECCOS and Envirocon 30(b)(6) depositions.

11. Any and all demonstrative evidence that may be used at trial, including charts graphs, and the like;

12. Any and all product information regarding the Dura-Base mats and any and documents and correspondence regarding Newpark/Soloco's rental agreement;

13. Medical records, diagnostic studies, office notes, progress notes, etc., regarding plaintiff;

14. Any employment records from plaintiff's previous employers;

15. Plaintiff's federal and state income tax records;

16. Plaintiff's Social Security Administration earnings records;

17. Any and all photographs of the Empire Pit, the site of the Empire Pit, the vehicles involved in the incident in suit;

18. Any and all plans and specifications for the design of the Empire Site;

19. Any exhibit listed or used by any other party;

20. Canal and National Union's insurance claim, investigation and underwriting files;

21. Newpark/Soloco specifically reserves all rights to supplement and amend this may call exhibit list.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**

/s/ ROBERT S. REICH
ROBERT S. REICH, ESQ. (#11163)
MICHELLE L. MARAIST (#21739)
Two Lakeway, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Tel: (504) 830-3999
Fax: (504) 830-3950
e-mail:rreich@rapllclaw.com;
mmaraist@rapllclaw.com
*Attorneys for Newpark Mats And Integrated Services, LLC (a Texas limited liability company domiciled in Texas), as successor in interest to Soloco TX, LLC, as successor by merger to Soloco, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 11th day of August, 2008.

/S/ ROBERT S. REICH

4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN LaFORGE, <br> PLAINTIFF | * CIVIL ACTION NO. 07-523 <br> * <br> * |
| VS. | * SECTION "I" MAG. 4 <br> * |
| ECC OPERATING SERVICES, INC. AND <br> ENVIRONMENTAL CHEMICAL <br> CORPORATION, <br> DEFENDANT | * JUDGE LANCE M. AFRICK <br> * <br> * MAGISTRATE KAREN WELLS ROBY <br> * |

*********************************************************************

## SUPPLEMENTAL WITNESS AND EXHIBIT LIST

NOW COMES, NEWPARK MATS AND INTEGRATED SERVICES, LLC (a Texas limited liability company domiciled in Texas), as successor in interest to Soloco TX, LLC, as successor by merger to Soloco, LLC (hereinafter referred to as "Newpark/Soloco") through undersigned counsel, who submits herewith the following supplemental witness and exhibit list:

Newpark/Soloco adopts and incorporates the witnesses and exhibits it has previously listed as if copied herein *in extenso*.

A.   WITNESSES

In addition to the witnesses listed in the list filed by Newpark/Soloco on or about August 11, 2008, Newpark/Soloco submits it may call the following:

1.   Stacy Ogle;

2.   Kathy Green and/or one or more additional representatives of Amerisure Insurance Company and/or any related insurance company or insurer that provided insurance to plaintiff;

1

3.  Chad Cadwell;

4.  A representative of Canal Insurance Company;

5.  Jean Todd;

B.  EXHIBITS

In addition to the exhibits listed in the list filed by Newpark/Soloco on or about August 11, 2008, Newpark/Soloco submits it may introduce the following:

1.  Deposition transcript of Jean Todd and the exhibits to her deposition.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ **Michelle L. Maraist**

**ROBERT S. REICH (#11163)**
**MICHELLE L. MARAIST (#21739)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Tel: (504) 830-3999
Fax: (504) 830-3950
***Counsel for third party defendant, Newpark Mats and Integrated Services, LLC***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 29th day of August, 2008.

/s/ Michelle L. Maraist

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN LaFORGE, | * | CIVIL ACTION NO. 07-523 |
| PLAINTIFF | * | |
| | * | |
| VS. | * | SECTION "I" MAG. 4 |
| | * | |
| ECC OPERATING SERVICES, INC. AND | * | JUDGE LANCE M. AFRICK |
| ENVIRONMENTAL CHEMICAL | * | |
| CORPORATION, | * | MAGISTRATE KAREN WELLS ROBY |
| DEFENDANT | * | |

*****************************************************************

## SECOND SUPPLEMENTAL WITNESS AND EXHIBIT LIST

NOW COMES, NEWPARK MATS AND INTEGRATED SERVICES, LLC (a Texas limited liability company domiciled in Texas), as successor in interest to Soloco TX, LLC, as successor by merger to Soloco, LLC (hereinafter referred to as "Newpark/Soloco") through undersigned counsel, who submits herewith the following second supplemental witness and exhibit list:

Newpark/Soloco adopts and incorporates the witnesses and exhibits it has previously listed as if copied herein *in extenso.*

A.   WITNESSES

In addition to the witnesses listed in the original and First Supplemental Witness and Exhibit List list filed by Newpark/Soloco, Newpark/Soloco submits it may call the following:

1.   Newpark/Soloco representative, Steven Peterson.

1

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ ROBERT S. REICH

**ROBERT S. REICH (#11163)**
**MICHELLE L. MARAIST (#21739)**
Two Lakeway Center, Suite 1000
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Tel: (504) 830-3999
Fax: (504) 830-3950
*Counsel for third party defendant, Newpark Mats and Integrated Services, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 10th day of December, 2008.

/s/ ROBERT S. REICH